**Larry Wayne DAVENPORT,
Petitioner–Appellant,**

v.

**Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 03–20531.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 25, 2004.

Larry Wayne Davenport, Tennessee Colony, TX, pro se.

Jeremy Craig Greenwell, Austin, TX, for Respondent–Appellee.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Larry Wayne Davenport, Texas state prisoner # 868719, is appealing the district court's denial of his 28 U.S.C. § 2254 habeas petition as time-barred. Davenport was convicted following a jury trial of felony theft and was sentenced as a habitual offender to 60 years' imprisonment.

Davenport argues that the limitation period should have been equitably tolled because the state habeas trial court delayed filing his state application for postconviction relief.

Davenport has failed to demonstrate that he diligently pursued his rights. Nor has Davenport shown that he was actively misled by state officials or was prevented in some extraordinary way from exercising his rights. Thus, the district court did not abuse its discretion in refusing to apply the doctrine of equitable tolling to the limitations period. *Coleman v. Johnson*, 184 F.3d 398, 402–03 (5th Cir.1999). The dismissal of the petition as time-barred is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.